People of the State of Illinois, Plaintiff-Appellee, v. David Taylor, Defendant-Appellant.

Gen. No. 49,867. (Abstract of Decision.)

First District, Second Division.

October 25, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Truman Larrey, Assistant State's Attorneys, of counsel), for appellee. Opinion by MR. JUSTICE LYONS. Not to be published in full.